**Order entered March 25, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00784-CR

**RUBEN LABRADA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-75816-V**

## ORDER

Before the Court is appellant's March 23, 2022 motion to abate the appeal in which he notes that the punishment charge is not in the clerk's record, is not on OnBase, and cannot be located. Appellant asks that we abate the appeal to facilitate the discovery of the punishment charge. After reviewing the clerk's record, we agree that the punishment charge is missing. We also note that while the guilt/innocence charge is in the clerk's record, the jury's verdict is missing.

Rule 34.5 provides that the clerk's record must contain the court's charge and the jury's verdict. TEX. R. APP. P.34.5(a). Considering this, we **ORDER** the trial court to hold a hearing, **WITHIN THIRTY DAYS** of the date of this order, to determine whether the jury's verdict on guilt/innocence and the court's punishment charge, signed by the jury, exist and can be filed in a supplemental clerk's record or whether the documents have been lost or destroyed. If the trial court determines either or both of the documents exist, the trial court shall order a copy of those documents be filed in a supplemental clerk's record.

If the trial court determines that either or both documents have been lost or destroyed, the trial court shall determine whether the documents can be reconstructed and replaced by agreement or by written stipulation of the parties. If the parties cannot agree or stipulate, the trial court is directed to determine what constitutes accurate copies of the documents and order that those copies be included in a supplemental clerk's record. *See* TEX. R. APP. P. 34.5(e).

We **ORDER** the Dallas County District Clerk to transmit to this Court, **WITHIN FORTY-FIVE DAYS** of the date of this order, a supplemental clerk's record containing the written findings of fact made by the trial court, if any, and the copies of the jury's verdict on guilt/innocence and the court's charge on punishment, signed by the jury. A new deadline for the filing of appellant's brief will be established upon reinstatement of the appeal.

We **DIRECT** the Clerk to send copies of this order to the Honorable Brandon Birmingham, Presiding Judge, 292nd Judicial District Court; to Dallas County District Clerk Felicia Pitre; and to counsel for all parties.

We **ABATE** the appeal to allow the trial court to comply with this order. The appeal shall be reinstated when the findings are received or at such other time as the Court deems appropriate.

/s/     BILL PEDERSEN, III
JUSTICE